# Court of Appeals
# of the State of Georgia

ATLANTA, March 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0546. CITY OF ALPHARETTA et al. v. THE LAMAR COMPANY, LLC.**

The City of Alpharetta, Kathi Cook, individually and in her official capacity as the City's Director of Community Development, and Bret Schroeder, individually and in his official capacity as the City's Code Enforcement Manager, filed this direct appeal following our grant of their interlocutory application. Case No. A23I0018 (Aug. 25, 2022). Upon review of the complete record on appeal, however, this Court has determined that the application was improvidently granted. This appeal therefore is DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 03/24/2023

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*